# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAVANNAH HAMMONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIFFANY WOLFE a.k.a )<br>TIFFANY HAGANS, )<br>CITY OF HARRINGTON, )<br>TEVIN THOMAS, )<br>)<br>Defendant. ) | C. A. No.: 24-00439-JLH-SRF |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 2nd day of June 2025:

WHEREAS, on May 16, 2025, Magistrate Judge Fallon issued a Report and Recommendation ("R&R") (D.I. 51) in this action, which recommended that the Court (1) deny Defendants City of Harrington's and Officer Tevin Thomas's (collectively, "Harrington Defendants'") Motions to Dismiss Counts I, II, III, and IV of Plaintiff's First Amended Class Action Complaint (D.I. 13) for Failure to State a Claim (D.I. 20, 22) and (2) deny *pro se* Defendant Tiffany Wolfe's ("Wolfe's") Motion to Dismiss (D.I. 26).

WHEREAS, no party filed objections to the R&R pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record,

THEREFORE, IT IS HEREBY ORDERED that the R&R (D.I. 51) is ADOPTED. Harrington Defendants' and Wolfe's motions to dismiss (D.I. 20, 22, 26) are DENIED.

June 2, 2025

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE